Christopher J. Kerley
Keefe, King & Bowman, P.S.
601 W. Main, Suite 1102
Spokane, WA 99201
509-624-8988

Attorneys for Defendant A. O. Smith Corp.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTIANNE KING, a single woman,<br><br>   Plaintiff,<br><br>v<br><br>A. O. SMITH CORPORATION, INC., a Delaware corporation doing business in Washington; "ABC" CORPORATIONS 1-5, et al, et ux,<br><br>   Defendants. | No. 04-CV-302-EFS<br><br>ORDER OF DISMISSAL |

On hearing the Stipulation of the parties, and the court being fully advised in the premises, it is

ORDERED that the above action is hereby dismissed with prejudice and without costs.

ORDER OF DISMISSAL - 1

DONE IN OPEN COURT this \_\_11th\_\_ day of August, 2005.

                                                        s/ Edward F. Shea
                                                   Judge Edward F. Shea

Presented by:

KEEFE, KING & BOWMAN, P.S.

By_____
Christopher J. Kerley
WSBA No. 16489
Attorney for Defendant

Approved as to form and content and
notice of presentment waived:

By_____
Lloyd A. Herman
WSBA No. 3245
Attorney for Plaintiff

ORDER OF DISMISSAL - 2